IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02661-MSK-MJW

DIANA SMITH,
ALICIA MILNER,
KHALILAH MINTON,
AUBREY BROOKE HOWARD,
JULIE O'BRIEN,
MICHAEL SHEHATA,
BONNIE UHRICH,
MICHAEL WELNINSKI,
KATHLEEN WHITT,
NICHOLE WALTERS,
PATRICK TROY MADRIL,
TIFFINY KIEFER,
KERBY D. CARLISLE,
AUDREY RUIZ,
MICHELLE RICKMAN, individuals, and
OTHER SIMILARLY SITUATED INDIVIDUALS,

   Plaintiffs,

v.

LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation,
COMMONWEALTH LAND TITLE INSURANCE COMPANY,
 a Pennsylvania corporation, and
TRANSNATION TITLE INSURANCE COMPANY, an Arizona corporation,

   Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

  IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of

all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 22nd day of March, 2006

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge