IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02661-MSK-MJW

DIANA SMITH, et al.,

Plaintiff(s),

v.

LandAmerica Financial Group Inc et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Leave to File Second Amended Complaint and Jury Demand (docket no. 21) is GRANTED. The Plaintiff shall electronically file the Second Amended Complaint and Jury Demand on or before April 14, 2006.

Date: April 10, 2006