IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02661-MSK-MJW

DIANA SMITH, et al.,

Plaintiff(s),

v.

LandAmerica Financial Group Inc et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Expedited Entry of Protective Order (docket no. 30) is GRANTED. The written Stipulated Protective Order is APPROVED and made an Order of Court.

Date: April 19, 2006