IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02661-MSK-MJW

DIANA SMITH,
ALICIA MILNER,
KHALILAH MINTON,
AUBREY BROOKE HOWARD,
JULIE O'BRIEN,
MICHAEL SHEHATA,
BONNIE UHRICH,
MICHAEL WELNINSKI,
KATHLEEN WHITT,
NICHOLE WALTERS,
PATRICK TROY MADRIL,
TIFFINY KIEFER,
KERBY D. CARLISLE,
AUDREY RUIZ,
MICHELLE RICKMAN, individuals, and
OTHER SIMILARLY SITUATED INDIVIDUALS,

        Plaintiffs,

v.

LANDAMERICA FINANCIAL GROUP, INC., a Virginia corporation,
COMMONWEALTH LAND TITLE INSURANCE COMPANY,
  a Pennsylvania corporation, and
TRANSNATION TITLE INSURANCE COMPANY, an Arizona corporation,

        Defendants.

---

## ORDER AMENDING CAPTION

---

      Pursuant to the Stipulation of Voluntary Dismissal filed by Plaintiffs Michael Welninski

and Julie O'Brien,

      **IT IS ORDERED** that the caption shall be amended to delete reference to Plaintiffs

Michael Welninski and Julie O'Brien.

Dated this 16th day of August, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge